AO 245B-CAED(Rev. 11/2016) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | Case Number: **6:17PO00761-001** |
| **ANTHONY C FRAGOZA** | Defendant's Attorney: Hope Alley, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] pleaded guilty to citations __F5211720, F5211716__ of the Violation.
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 16UCS 551 & 559; 36 CFR § 261.53e | Operating a motor vehicle on a closed road. | 08/06/2017 | F5211716 |
| 16 USC 551 & 559; 36 CFR § 261.3a | Interfering with an officer, leaving an incident scene after being told to stay by a forest protection officer. | 08/06/2017 | F5211720 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[✓] Citation __F5211718__ is dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.           [✓] Appeal rights waived.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

5/16/2018
Date of Imposition of Judgment

/s/ Jeremy D. Peterson
Signature of Judicial Officer

**Jeremy D. Peterson**, United States Magistrate Judge
Name & Title of Judicial Officer

5/30/2018
Date

<sub>AO 245B-CAED(Rev. 11/2016) Sheet 4 - Misdemeanor Probation</sub>

DEFENDANT: **ANTHONY C FRAGOZA**     Page 2 of 2
CASE NUMBER: **6:17PO00761-001**

## PROBATION

The defendant is hereby sentenced to probation for a term of : 6 months .

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and the government officer within seven days of any change in defendant's address. If represented, the defendant shall provide such notice through counsel.
4. The defendant shall pay a fine of $250.00 and a special assessment of $20.00 and a processing fee of $50.00 for a total financial obligation of $320.00 to be paid in full by 7/18/2018. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

    CENTRAL VIOLATIONS BUREAU
    PO BOX 71363
    Philadelphia, PA 19176-1363

5. The defendant shall personally appear for a Probation Review Hearing on September 19, 2018 at 2:00 p.m., before U.S. Magistrate Judge Peterson. Once the defendant completes the required payment of $320.00, he may request that the Probation Review Hearing be vacated, and that his term of probation be immediately terminated. If represented, the defendant shall make any such request through counsel.
6. The defendant shall advise the court and the government officer within seven days of being cited or arrested for any alleged violation of law. If represented, the defendant shall provide such notice through counsel.